876

No. 09–11357. NUNGARAY *v.* JACQUEZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11358. REMME *v.* NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied. 

No. 09–11359. SMITH *v.* BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 09–11361. YORK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 09–11363. ADAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 09–11365. BREWLEY-CARRERO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11366. BARRIENTOS-HERNANDEZ *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 09–11367. BURTON *v.* WASHINGTON DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11368. ALLEN *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 09–11369. BYRD *v.* STEWARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–11371. BREWER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 09–11372. ZAVALA-ALONSO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 09–11373. GERMANY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 09–11374. FRANK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 09–11375. GERMAN-ESPINAL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11377. WILLIAMS *v.* WHITE, WARDEN, ET AL. (two judgments). C. A. 8th Cir. Certiorari denied.